UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 29, 2014
CCO-026-E

No. 14-4764

TRINITY WALL STREET

v.

WAL-MART STORES, INC.,
Appellant

(D. Del. No. 1-14-cv-00405)

Present:  VANASKIE, Circuit Judge

1. Unopposed Motion by Appellant to Expedite Appeal with Briefing Schedule as follows:

    Appellant's Opening Brief due January 14, 2015

    Appellee's Opposing Brief due on February 4, 2015

    Appellant's Reply Brief due on February 13, 2015

								Respectfully,
								Clerk/clw

_____ORDER_____

The foregoing motion is granted.


								By the Court,

								s/ Thomas I. Vanaskie
								Circuit Judge

Dated: December 29, 2014
CLW/cc:  Joel E. Friedlander, Esq.
         Philip A. Rovner, Esq.
         Angela C. Whitesell, Esq.