# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

14-4764

Trinity Wall Street v. WalMart Stores Inc

1-14-cv-00405

# O R D E R

The Court has received the Amicus Brief on behalf of **Chamber of Commerce of the United States of America, Business Roundtable, American Petroleum Institute**.

**The brief does not comply with the following Court requirements:**

**Contents of Brief See FRAP 28- The following is/are missing:**

. Certificate of Bar Membership

. Certification that electronic version is identical to the paper copies.

. Certification that a virus detection program was run and no viruses were detected

**Admission to the Court's Bar**

Counsel who files documents with this Court must enter an appearance. 3rd Cir. LAR 46.1

**Action Required Regarding Brief:**

In order to cure errors with respect to CONTENT, **Chamber of Commerce of the United States of America, Business Roundtable, American Petroleum Institute** must file an addendum to brief containing the missing sections of the brief listed above in electronic format ONLY.

In order to cure admission defects, counsel for **Chamber of Commerce of the United States of America, Business Roundtable, American Petroleum Institute** must:

1) file an entry of appearance.

This Order does not change the deadline for filing the next brief.

**Counsel or the party(ies) must correct the above listed deficiencies by 01/29/2015. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may**

impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.

For questions please call 267-299-4917, or contact the Briefing Department of the Clerk's Office at 215-597-2995, option 2.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: 1/26/2015

cc:     **Cory L. Andrews, Esq.**
        **Theodore J. Boutrous Jr., Esq.**
        **William B. Chandler III, Esq.**
        **Christopher M. Foulds, Esq.**
        **Joel E. Friedlander, Esq.**
        **Paul J. Lockwood, Esq.**
        **Robert A. Long Jr., Esq.**
        **Adam H. Offenhartz, Esq.**
        **Philip A. Rovner, Esq.**
        **Angela C. Whitesell, Esq.**
        **Aric H. Wu, Esq.**
        **Richard L. Wyatt Jr., Esq.**