**FRIEDLANDER & GORRIS**
A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500

JOEL FRIEDLANDER

DIRECT DIAL
(302) 573-3502
JFRIEDLANDER@FRIEDLANDERGORRIS.COM

April 1, 2015

**BY ECF AND FIRST CLASS MAIL**

Ms. Marcia M. Waldron, Clerk
U.S. Court of Appeals for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    Re:    <u>Trinity Wall Street v. Wal-Mart Stores, Inc.</u>, Case No. 14-4764

Dear Ms. Waldron:

    Wal-Mart has submitted as additional authority a no-action letter by the staff of the SEC respecting a proposal based on the language of Trinity Wall Street's proposal. The no-action letter contains no mention of Chief Judge Stark's opinion below, and it contains no reasoning apart from the following statement: "Proposals concerning the sale of particular products and services are generally excludable under rule 14a-8(i)(7)." *Rite Aid Corp.*, No-Action Letter, 2015 WL 364996 (Mar. 24, 2015).

    The staff's cursory no-action letter is owed no deference and has no precedential value. As SEC Chair Mary Jo White stated in a recent speech:

> Every year, the staff receives approximately 300-400 requests to exclude shareholder proposals under Rule 14a-8. A team of staff members reviews these requests and provides a response to assist both companies and shareholders in complying with the rule. While the staff strives for consistency and correctness in the administration of this process, their informal responses are neither "precedent" nor binding on the Commission or a court. And, over time, views and interpretations may evolve, and changes may be reflected in guidance, interpretation, or rule changes if necessary.

Mary Jo White, A Few Observations on Shareholders in 2015 (Mar. 19, 2015), http://www.sec.gov/news/speech/observations-on-shareholders-2015.html.

{FG-W0388586.}

Ms. Marcia M. Waldron, Clerk
April 1, 2015
Page 2

      Wal-Mart's letter also cites a speech by the SEC's Director, Division of Corporate Finance, which properly notes that "the Division's views are informal *staff* views, purely advisory, and non-binding." Keith F. Higgins, Rule 14a-8: Conflicting Proposals, Conflicting Views (Feb. 10, 2015), http://www.sec.gov/news/speech/rule-14a-8-conflicting-proposals-conflicting-views-.html (emphasis in original). His concluding statement about this case is most apt: "I look forward to the appeals court's views on this important question." *Id.*

                                                      Respectfully,

                                                      Joel Friedlander

cc:      Counsel of Record

{FG-W0388586.}